

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/

November 9, 2021

Chambers, Hon. Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Jerry Smith AKA Jerry W. Smith
Case No. 20-22035-shl
Loan No. ***2774

Dear Hon. Sean H. Lane,

    Please allow this letter to serve as a written status report, submitted on behalf of Nationstar Mortgage dba Mr. Cooper (the "Secured Creditor") pursuant to the Southern District of New York Loss Mitigation Program Procedures.

    In July debtor's attorney indicated they will be submitted a financial package for a non-delegated review as there was a belief debtor could afford a higher payment. To date no such application has been received. Therefore, our firm respectfully requests loss mitigation be terminated.

    If there are any questions, please feel free to contact me directly at 347-633-5361.

    Very truly yours,

By: /s/: Marie Nicholson, Esq.
       Attorney

cc. ECF and Email

H. Bruce Bronson, ESQ., Jr.    Debtor Attorney
E-Mail: hbbronson@bronsonlaw.net