**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
Tel. (914) 269-2530
Fax (888) 908-6906
www.bronsonlawoffices.com

H. Bruce Bronson, Jr., Esq.
email: hbbronson@bronsonlaw.net

November 11, 2021

**_VIA CM/ECF FILING_**
Hon. Sean H. Lane
U.S. Bankruptcy Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4140

LOSS MITIGATION AND CONFIRMATION STATUS REPORT
For Status Conference
November 17, 2021

**In re: Jerry Smith 20-22035-SHL**

Dear Judge Lane,

Please allow this letter to serve as a status report on the above referenced Debtor's Loss Mitigation and Confirmation status conference. Since the last hearing the lender, Mr. Cooper agreed to review for an increased payment.

Unfortunately, our client became very ill and we did not hear back from him until two weeks ago when he stated he would drop off the documents. He dropped off the requested documents to the office on Monday and we immediately sent the package to lender's counsel. The Debtor was behind in Trustee payments, however, the Debtor also dropped off $1,500 which we have sent to the Trustee. We believe this will bring him current on his plan.

This office has emailed Trustee's office and lender's counsel and is respectfully requesting adjournment of the upcoming hearing to allow lender to review the new loss mitigation packet.

Thank you for your attention to this matter.

Very truly yours,

/s/_H. Bruce Bronson_
H. Bruce Bronson